## PLAINTIFF'S COMPREHENSIVE EXHIBIT LIST

Plaintiff reserves the right to supplement this Exhibit List as discovery proceeds.

## I. RECRUITMENT, ONBOARDING, AND INDUCEMENT

**Exhibit 1**
Recruitment communications (texts, emails, call logs, advertisements, recruiter messages) from Super Ego and/or affiliated entities offering work, compensation, equipment quality, and/or bonuses.

**Exhibit 2**
Travel records showing Plaintiff's transport to Chicago O'Hare and subsequent transport to Defendants' facilities (flight records, Uber/Lyft receipts, directions, timestamps).

**Exhibit 3**
Onboarding documents signed by Plaintiff, including but not limited to:
lease agreements,
acknowledgments,
policies,
onboarding packets,
drug testing forms.

**Exhibit 4**
Evidence showing Plaintiff's name was not listed on the lease or was improperly omitted (copies of lease documents, comparisons, omissions).

## II. VEHICLE ASSIGNMENT & CONDITION (2023 PETERBILT)

**Exhibit 5**
Photographs and/or videos of the 2023 Peterbilt tractor taken upon recovery in Lansing, Michigan showing unsafe or defective condition.

**Exhibit 6**
Communications with recruiters/dispatchers acknowledging or responding to Plaintiff's reports of unsafe vehicle condition.

## III. MECHANICAL FAILURES & REPAIR HISTORY (28 REPAIR VISITS)

Repair invoices, work orders, and diagnostic reports from:
Love's Travel Stops
Speedco
TA Truck Service
(totaling approximately 28 repair visits between April 29 and June 2025).

**Exhibit 8**
Repair documentation specifically addressing:
windshield wipers,
braking systems,
air/AC system,
accelerator/throttle issues,
electronic/ECM faults.

**Exhibit 9**
Email or written communication from Love's Travel Stop indicating Defendants refused
to authorize windshield wiper repairs.

## IV. SAFETY VIOLATIONS & OPERATING CONDITIONS

**Exhibit 10**
Evidence of extreme heat conditions and non-functioning AC (temperature logs, photos,
videos, weather records, hotel receipts).

**Exhibit 11**
Hotel receipts paid out-of-pocket by Plaintiff due to unsafe driving or living conditions
caused by equipment failures.

**Exhibit 12**
Communications showing Plaintiff reported safety issues and Defendants instructed him
to continue operating the vehicle.

## V. LOAD DISPATCH, PAY, AND SETTLEMENT PRACTICES

**Exhibit 13**
Settlement statements issued by Super Ego and/or MN89.

**Exhibit 14**
Rate confirmations provided (or withheld), including incomplete or altered confirmations.

**Exhibit 15**
Comparative settlement documents showing identical formatting, deduction categories, and accounting structures across different Defendant entities.

**Exhibit 16**
Evidence showing Plaintiff never realized positive net earnings, including:
negative settlements,
rolling balances,
manufactured debt calculations.

# VI. LOW-BRIDGE COLLISION – AKRON, OHIO

**Exhibit 17**
Photographs and/or videos of the damaged tractor following the Akron, Ohio low-bridge collision.

**Exhibit 18**
Incident reports, communications, or logs notifying Defendants of the collision.

**Exhibit 19**
Evidence of weather conditions and impaired visibility at the time of collision.

# VII. FRAUDULENT INDUCEMENT BACK TO CHICAGO

**Exhibit 20**
Audio recordings, text messages, or emails in which Defendants promised:
a replacement truck,
continued work,
resolution if Plaintiff returned to Chicago.

**Exhibit 21**

36

Evidence showing Plaintiff relied on those promises and traveled to Chicago with a damaged tractor.

# VIII. THREATS, ABANDONMENT & POLICE INVOLVEMENT

**Exhibit 22**
Audio recordings and/or videos of confrontations at the Chicago yard.

**Exhibit 23**
Chicago Police Department incident reports or call logs from June 25, 2025.

**Exhibit 24**
Communications showing Plaintiff was terminated and stranded without transportation.

 **Exhibit 25** – Settlement statements showing unpaid balances or missing payments

**Exhibit 26** – Photographs or inventory list of trucking tools/equipment left in the tractor (or affidavit describing them)

# IX. MN89 "SECOND PHASE" EXPLOITATION

**Exhibit 27**
Communications from MN89 presenting itself as a "new" or unrelated carrier.

**Exhibit 28**
Documents related to assignment of a 2026 tractor by MN89.

**Exhibit 29**
Evidence of under-dispatch, idle time, and denial of loads under MN89.

**Exhibit 30**
Fuel card shut-off records and communications in South Carolina.

**Exhibit 31**
Termination letter issued by MN89 containing another person's name.

**Exhibit XX** – Call logs / recordings referencing "safety hazard"

**Exhibit XX+1** – Documents showing Plaintiff's DBA (Carrie Sue LLC)

**Exhibit XX+2** – Any document referencing Carrie Blondie LLC (if obtained later)

# X. REPOSSESSION & CONVERSION OF PERSONAL PROPERTY

**Exhibit 32**
Police report filed in Ohio regarding the nighttime repossession and missing personal property.

**Exhibit 33**
Photographs or witness evidence of repossession of the tractor in Ohio.

**Exhibit 34**
Inventory (if any) of personal property left in the tractor.

# XI. INSURANCE CLAIM OBSTRUCTION

**Exhibit 35**
Communications with insurance agent Olga Diaz.

**Exhibit 36**
Gallagher Bassett claim correspondence and two issued claim numbers.

**Exhibit 37**
Evidence of Defendants' refusal to process, investigate, or adjust the claim.

# XII. ALTER-EGO / ENTERPRISE EVIDENCE

**Exhibit 37**
Photograph showing MN89 tractor hauling a Super Ego trailer.

**Exhibit 39**
Photograph showing Super Ego trailer previously left in Ohio.

**Exhibit 40**

Comparative voicemail recordings showing identical or near-identical voicemail systems/music.

**Exhibit 41**

Comparative settlement paperwork showing uniform accounting across entities.

**Exhibit [X]:** MN89, Inc. termination and cease-operations notice dated August 6, 2025, misaddressed to "Carrie-Blondie LLC c/o Ray Young," demonstrating misidentification, file contamination, and false attribution of safety violations to Plaintiff

# XIII. DAMAGES & IMPACT

**Exhibit 42**

Out-of-pocket expense receipts (fuel, food, lodging, travel).

**Exhibit 43**

Medical or mental health records (if any) relating to emotional distress (optional / sealed if filed).

**Exhibit 44**

Affidavit of Plaintiff summarizing damages and harm.

# XIV. STATUTORY & REGULATORY REFERENCES

**Exhibit 45**

Relevant excerpts of 49 C.F.R. §§ 376, 392, 396.

**Exhibit 46**

FMCSA guidance materials relevant to leasing, maintenance, and safety.

RESERVATION OF RIGHTS
Plaintiff reserves the right to:
supplement exhibits,
re-number exhibits,
introduce discovery-produced documents,
use impeachment exhibits at trial.