# CIVIL COVER SHEET (AO 440)

## I. (a) PLAINTIFFS

Plaintiff:
Tommy Rice
County of Residence:
Summit County, Ohio
234-788-3588

## I. (b) DEFENDANTS

Defendants:
Super Ego Holding, LLC;
Super Ego Logistics, Inc.;
Super Ego Dispatch, Inc.;
Rocket Expediting, LLC;
Floyd, Inc.;
Kordun Express, Inc.;
Jordan Holdings, Inc.;
Rex Trucking, Inc.;
MN89, LLC;
Aleksandar Mimic (individual);
Marko Negic (individual);
John Does 1–50
County of Residence (at least one defendant):
Cook County, Illinois (and others nationwide)

## II. BASIS OF JURISDICTION

☑ 3 – Federal Question
(49 U.S.C. § 14704; FMCSRs; supplemental jurisdiction under 28 U.S.C. § 1367)
III. CITIZENSHIP OF PRINCIPAL PARTIES
(For diversity only – Not applicable)
☑ N/A

## IV. NATURE OF SUIT (Check ONE box only)

☑ 850 – Securities/Commodities/Exchange (Not appropriate)
☐
☑ 790 – Other Labor Litigation (Optional secondary characterization)
☑ 890 – Other Statutory Actions ← BEST FIT
☑ 190 – Other Contract (supplemental state claims)



Recommended Primary Code: 890 – Other Statutory Actions
(Truth-in-Leasing Act / FMCSA enforcement via §14704)

## V. ORIGIN

☑ 1 – Original Proceeding
VI. CAUSE OF ACTION
Brief description:
49 U.S.C. § 14704; Truth-in-Leasing Act violations; FMCSA safety violations; fraud;
negligent entrustment; enterprise/alter-ego liability; conversion; equitable accounting;
declaratory relief.

## VII. REQUESTED IN COMPLAINT

☑ CHECK IF THIS IS A CLASS ACTION → ☐ NO
☑ DEMAND JURY TRIAL → ☑ YES

## VIII. RELATED CASE(S) (if any)

☑ No related case
SIGNATURE
Signature:                                    1/23/2026
Tommy Rice, Pro Se
Date: