IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| Tommy Rice & Donita Echoles<br><br>     Plaintiffs,<br><br>vs.<br><br>Super Ego Holdings LLC, MN89, Inc.<br>et al.<br><br><br>     Defendants. | Case No. 5:26-cv-00186<br><br>JUDGE: PAMELA A. BARKER<br><br>**APPEARANCE OF ATTORNEY**<br>**BERTON K. MA**<br><br><br><br>BERTON K. MAY (0083330)<br>ERIK C. STEIN (0093233)<br>Quintairos, Prieto, Wood, Boyer P.A.<br>300 Ottawa Avenue Northwest, 5th Floor<br>Grand Rapids, MI 49503<br>(616) 330-1190<br>(616) 330-1191 (Facsimile)<br>berton.may@qpwblaw.com<br>erik.stein@qpwblaw.com<br><br>Attorneys for Defendant, MN89, Inc. |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### APPEARANCE

**NOW COMES** the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and hereby enters the Appearance of BERTON K. MAY, on behalf of Defendant, MN89, Inc, in the above-captioned matter.

Respectfully Submitted,

QUINTAIROS, PRIETO, WOOD, BOYER P.A.

By:    */s/* BERTON K. MAY

Dated:  June 9, 2026

BERTON K. MAY (0083330)
ERIK C. STEIN (0093233)
Attorneys for Defendants Supreme Trucking
& Wright
300 Ottawa Avenue Northwest, 5th Floor
Grand Rapids, MI 49503
Ph: (616) 330-1190

## PROOF OF SERVICE

The undersigned certifies that on April 30, 2026, she served a copy of the foregoing documents upon each of the attorneys of record, by:

| | |
|---|---|
| _____ US Mail | _____Hand Delivery |
| _____ Facsimile | _____Federal Express |
| _____ E-Mail | __X__CMF/ECF |

*/s/ Valarie D. Moore*
         Valarie D. Moore